## Wm. Nevius Banking Co. v. John H. Brunges.

1. RULES OF COURT—*Must be Obeyed.*—A judgment will be reversed for a failure of an appellee to file briefs as required by the rules of the court.

**Transcript**, from a justice of the peace. Appeal from the County Court of Calhoun County; the Hon. JOHN ZAHRLI, Judge, presiding. Heard in this court at the May term, 1897. Reversed and remanded. Opinion filed December 2, 1897.

HENRY T. RAINEY, attorney for appellant.

No appearance for appellee.

OPINION PER CURIAM.

The appellant has filed his briefs and abstracts of the record herein, in compliance with the rules of this court, but the appellee has failed to comply with the rules in not filing his briefs. The judgment of the County Court of Calhoun County is therefore reversed, and the cause remanded to that court, under rule 30 of this court, for want of briefs by appellee. See Stark Bros. Nursery and Orchard Co. v. J. H. Hall, 60 Ill. App. 139; Urbana & Champaign Electric Street Ry. Co. v. Minnie Elsemiller, 60 Ill. App. 144; Russell et al. v. Payne, 65 Ill. App. 471; Blackman et al. v. Lewis, 69 Ill. App. 186; Hamilton v. Andrews, 68 Ill. App. 393. Reversed and remanded.